

# United States District Court
# Eastern District of California

| Perimeter Solutions, L.P. |
| --- |

Plaintiff(s)

V.

Case Number: 2-24-CV-01276 -DAD-CSK

| Fortress North America, L.L.C. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Rudolph A. Telscher, Jr. hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant Fortress North America, L.L.C.

On 09/21/1990 (date), I was admitted to practice and presently in good standing in the
Supreme Court of Missouri (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 06/17/2024          Signature of Applicant: /s/ Rudolph A. Telscher, Jr.

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rudolph A. Telscher, Jr. |
| Law Firm Name: | HUSCH BLACKWELL LLP |
| Address: | 8001 Forsyth Boulevard |
| | Suite 1500 |
| City: | St. Louis     State: MO     Zip: 63105 |
| Phone Number w/Area Code: | (314) 480-1500 |
| City and State of Residence: | St. Louis, Missouri |
| Primary E-mail Address: | rudy.telscher@huschblackwell.com |
| Secondary E-mail Address: | ipcourtfilings@huschblackwell.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tyler M. Paetkau |
| Law Firm Name: | HUSCH BLACKWELL LLP |
| Address: | 1999 Harrison Street |
| | Suite 700 |
| City: | Oakland     State: CA     Zip: 94612 |
| Phone Number w/Area Code: | (510) 768-0660     Bar # 146305 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 17, 2024

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT